F I L E D

DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Yaodi Hu | ) | |
|     plaintiff | ) | jury demand |
| v. | ) | |
| Village of Maywood | ) | |
| Robinson Towing | ) | 07CV7203 |
| | ) | JUDGE DOW |
| | | MAGISTRATE JUDGE KEYS |

# COMPLAINT

1. This action is § 1983 action. Village of Maywood and Robinson Towing towed away two of plaintiff's vehicles parked upon his private property in last three or more years without incident.
2. Both Village of Maywood and Robinson Towing acted under the color of law.
3. Village declared that Yaodi Hu abandoned his vehicles without due process of law violating Fourteenth Amendment.
4. Yaodi Hu is the property owner located at 1115 S. 5th Ave. Maywood IL 60153
5. Robinson Towing is a towing company located at 1321 s. 4th Ave. Maywood IL 60153
6. Village of Maywood is a municipal or governmental entity located at 40 w. Madison st. Maywood IL 60153.
7. On Nov. 30, 2007, Robinson Tow Corporation towed away two vehicles. One of them is valued at about $5,000 and the other is valued at about $15,000 plus $20,000 merchandise in it.
8. The Village has plaintiff's information including phone number, business location in Chicago and Hu's business phone number.
9. Village failed to afford notice and opportunity to be heard under the Fourteenth Amendment. Village violated procedure Due Process Clause under the Fourteen Amendment.

10. Village's zoning regulation is irrational in that it prohibited parking of Hu's commercial vehicle on the property that is paying taxes as a commercial property.

11. Under Jones v. Flowers et al, No. 04-1477 (United States Supreme Court, April 26, 2006) (United States Supreme Court, 2006), Village need to do more to notify Hu of any proceeding before depriving Hu's property.

12. The vehicles do not present health and safety issues to the public.

13. Plaintiff pray for punitive damages, compensatory damages and injunctive relief under the law.

Yaodi Hu    3258 S. Paulina Chicago IL 60608    773 216 3173