**FILED**
KC
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Yaodi Hu
(Please print)

STREET ADDRESS: 3258 S Paulina

CITY/STATE/ZIP: Chicago IL 60608

PHONE NUMBER: 773 216 3173

CASE NUMBER: 07CV7203
JUDGE DOW
MAGISTRATE JUDGE KEYS

Signature: [signature]   Date: 12/21/07