AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Yaodi Hu

v.

Village Haywood
Robinson Towing

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 CV 7203

ASSIGNED JUDGE: Judge Dow

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Keys

TO: (Name and address of Defendant)

Robinson Towing
1321 S 4th Ave
Haywood, IL 60153

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
3258 S Paulina Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                                    _____
(By) DEPUTY CLERK                                              DATE