AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Yadi Hu

Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

Village Maywood
Robinson Towing

CASE NUMBER: 07CV7203
ASSIGNED JUDGE: JUDGE DOW
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Village of Maywood
40 W Madison Maywood IL 60153

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yadi Hu
3258 S. Paulina Chicago IL 60608

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 21 2007

DATE