IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

YAODI HU, )
)
    Plaintiff, )
)
vs. ) No. 07 CV 7203
) Judge Dow
VILLAGE OF MAYWOOD, ) Magistrate Judge Keys
ROBINSON TOWING, INC., )
)
    Defendants. )

## MOTION TO EXTEND TIME TO FILE ANSWER

**NOW COMES** the Defendant, ROBINSON TOWING, INC., by and through its Attorney, JEFFREY E. MAREK, and for its Motion To Extend Time To File Answer, respectfully states unto the Court as follows:

1. That the Defendant, ROBINSON TOWING, Inc., an Illinois Corporation, timely filed its Appearance by counsel on January 10, 2008.

2. That the Defendant, ROBINSON TOWING, INC., is seeking an additional twenty-one (21) days to file its Answer or otherwise plead to the Plaintiff's Complaint, until January 31, 2008.

3. That the Defendant, ROBINSON TOWING, INC., has a good and meritorious defense to the Plaintiff's Complaint and this motion is not brought to harass or oppress any Party to these proceedings or to delay these proceedings.

4. That the Defendant, ROBINSON TOWING, INC., brings this motion on good faith.

**WHEREFORE**, the Defendant, ROBINSON TOWING, prays for an Order in conformance with the request made herein and for any further relief the Court deems just and equitable in the premises.

Respectfully submitted,

_____
JEFFREY E. MAREK

JEFFREY E. MAREK
Attorney for Robinson Towing
Suite 105
1035 South York Road
Elmhurst, Illinois 60126
630-832-8546
ARDC # 6187370