IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

YAODI HU, )
 )  Jan 10 2008
**Plaintiff**, )  MICHAEL W. DOBBINS
 )  CLERK, U.S. DISTRICT COURT
 )
vs. )  No. 07 CV 7203
 )  Judge Dow
VILLAGE OF MAYWOOD, )  Magistrate Judge Keys
ROBINSON TOWING, INC., )
 )  **FILED**
**Defendants**. )
 )  10 2008
 )  MICHAEL W. DOBBINS
 )  CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

To: Yaodi Hu, 3258 South Paulina, Chicago, Illinois 60608
    Courtesy Copy: Judge  Dow , Courtroom  1719 

YOU ARE hereby notified that on the 24th day of January 2008, at 9:15 A.M. or as soon as counsel may be heard, the Defendant, Robinson Towing, Inc, shall appear before the Honorable  Judge Dow  in Courtroom 1719, or any other judge as may be holding court in his/her absence, in the court room usually occupied by him/her in the Federal Courthouse, 219 South Dearborn, Chicago, Illinois 60604 and then and there present the Defendant, Robinson Towing, Inc.'s Motion To Extend Time To File Answer, a true and correct photocopy of which is attached hereto and served upon you, for an immediate hearing, at which time your may appear if your so see fit.

_Jeffrey E. Mauk_

1

## CERTIFICATE OF SERVICE

On January 10, 2008, I, Jeffrey E. Marek, do hereby certify, as required by LR 5.3, that I served this Notice of Motion, with the above noted petition and motion attached, on the above named, at the above addresses, by placing both in envelopes, properly addressed to the above named at the above address and depositing same in the United States mail at Elmhurst, Illinois with proper postage prepaid on January 10, 2008, before the hour of 4:00 P.M.

*Jeffrey E. Marek*

JEFFREY E. MAREK
Attorney for Robinson Towing, Inc.
Suite 105
1035 South York Road
Elmhurst, Illinois 60126
630-832-8546
Atty. No. _____