## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83,12 through 83.14.

In the Matter of                                          Case Number:  07 C 7203

      Yaodi Hu, Plaintiff

      v.

      Village of Maywood, et al., Defendants

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

      Defendant, Village of Maywood,

| | |
|---|---|
| NAME (Type or print) | |
|     Brian M. Funk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
|     s/ Brian M. Funk | |
| FIRM | |
|     Klein, Thorpe and Jenkins, Ltd. | |
| STREET ADDRESS | |
|     20 North Wacker Drive, Suite 1660 | |
| CITY/STATE/ZIP | |
|     Chicago/Illinois/60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|     90446 | (312)  984-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES           NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           YES           NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES           NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES           NO  X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL           APPOINTED COUNSEL | |