UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 7203 |
| ) | Judge Robert M. Dow, Jr. |
| VILLAGE OF MAYWOOD ) | |
| and ROBINSON TOWING ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, VILLAGE OF MAYWOOD, by and through its attorneys, KLEIN, THORPE AND JENKINS, LTD., and for its Agreed Motion for Extension to Answer or Otherwise Plead, Defendant states as follows:

1. Plaintiff filed his Complaint at Law on December 21, 2007, in which he alleges the Village of Maywood authorized the towing of two vehicles from his property located at 1115 South 5th Avenue, Maywood, Illinois.

2. The Village was served with a copy of Plaintiff's Complaint at Law on December 27, 2007.

3. Since that time the Village has been diligently working to verify the facts contained in Plaintiff's Complaint at Law so that it can properly respond to the allegations contained therein.

4. As of the date of this motion, the Village has not yet been able to gather all information necessary to respond.

5. The Village has contacted both Plaintiff and co-Defendant regarding this motion, and neither party has any objection to the requested extension of time.

6. The Village and its attorneys have filed their appearance in this case.

iManage:207435_1

7.     The Village has not requested any previous extensions.

8.     The Village requests that it be given an extension to answer or otherwise plead up to and including February 1, 2008.

WHEREFORE, the VILLAGE OF MAYWOOD, respectfully requests this Court grant its Agreed Motion for Extension of Time to Answer or Otherwise Plead and for any other relief this Court deems just and proper.

Respectfully submitted,

VILLAGE OF MAYWOOD,

By:     /s/  Brian M. Funk

Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606-2903
(312) 984-6400
ARDC:  6277501