UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7203 |
| | ) | Judge Robert M. Dow, Jr. |
| VILLAGE OF MAYWOOD | ) | |
| and ROBINSON TOWING | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:**  Yaodi Hu, Plaintiff        Jeffrey E. Marek
3258 South Paulina        1035 South York Road, Suite 105
Chicago, Illinois 60608      Elmhurst, Illinois 60126

**PLEASE TAKE NOTICE** that on January 25, 2008, I caused to be filed with the Clerk of Court for the United States District Court for the Northern Division of Illinois, Eastern Division **Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which is attached hereto and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on January, 30 2008 at 9:15 A.M, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or any judge sitting in his stead, in Courtroom 1719, and then and there present the above-described motion.

By:   /s/  Brian M. Funk

Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400
ARDC:  6277501

iManage:207436_1

## **CERTIFICATE OF SERVICE**

      I, Brian M. Funk, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on January 25, 2008, and also served this Notice and the attachment(s) described therein by mailing a copy to the above-named attorneys at their respective addresses and depositing the same in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois, at or before 5:00 p.m. on January 25, 2008.

                                                  /s/  Brian M. Funk

Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400
ARDC:  6277501