UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7203 |
| | ) | Judge Robert M. Dow, Jr. |
| VILLAGE OF MAYWOOD | ) | |
| and ROBINSON TOWING | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, VILLAGE OF MAYWOOD, by and through its attorneys, KLEIN, THORPE AND JENKINS, LTD., and for its Agreed Motion for Extension to Answer or Otherwise Plead, Defendant states as follows:

1. Plaintiff filed his Complaint at Law on December 21, 2007, in which he alleges the Village of Maywood authorized the towing of two vehicles from his property located at 1115 South 5th Avenue, Maywood, Illinois.

2. The Village was served with a copy of Plaintiff's Complaint at Law on December 27, 2007.

3. The Village filed an agreed motion for extension of time on January 25, 2008, in which the Village requested until February 1, 2008 to answer or otherwise plead.

4. In the interim, co-Defendant filed a motion for more definite statement pursuant to Rule 12(e).

5. In its motion, co-Defendant requests additional information regarding the make and model of the vehicles that Plaintiff alleges were towed by Defendants, as well as specific information with regard to the date and time of said towing.

6.	The Village agrees with co-Defendant that this information is necessary information, which will allow Defendants to competently answer or otherwise plead.

7.	The Village therefore requests that it be given an extension to answer or otherwise plead up to and including February 8, 2008 if co-Defendants motion is denied.

8.	If co-Defendants motion is granted the Village requests an extension to answer or otherwise plead until seven (7) days after the Village receives Plaintiff's amended complaint.

9.	Pursuant to the rules of this court the Village made telephone calls to Plaintiff and co-Defendant and left voicemail messages for both parties regarding its motion.  Neither party has responded as of the time and date this motion was filed.

WHEREFORE, the VILLAGE OF MAYWOOD, respectfully requests this Court grant its Agreed Motion for Extension of Time to Answer or Otherwise Plead and for any other relief this Court deems just and proper.

>	Respectfully submitted,
>
>	VILLAGE OF MAYWOOD,
>
>	By:	/s/ Brian M. Funk

Brian M. Funk  
Klein, Thorpe and Jenkins, Ltd.  
20 North Wacker Drive, Suite 1660  
Chicago, Illinois 60606-2903  
(312) 984-6400  
ARDC:  6277501

iManage:207953_1