UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Yaodi Hu
                       Plaintiff,

v.                                           Case No.: 1:07−cv−07203
                                           Honorable Robert M. Dow Jr.

Village of Maywood, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:MOTION by Defendant Village of Maywood for extension of time [19] to answer or otherwise plead to the complaint is granted to and including 2/19/08. MOTION by Defendant Robinson Towing for more definite statement[17] is withdrawn on defendant Robinson Towing's oral motion. Defendant Robinson Towing is given to and including 2/19/08 within which to answer or otherwise plead to the complaint.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.