

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED
FEB 8 2008 AmB
FEB - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Yaodi Hu

FIRM: pro- se

STREET ADDRESS: 219 W. Cermak

CITY/STATE/ZIP: Chicago IL 60616

PHONE NUMBER: 773 216 3173

ARDC NO. (If Member of Illinois State Bar): N/A

☐ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 CV 844 | Hu v Park | Guzman |
| 07 CV 7203 | Hu v. Maywood | Dow |
|  |  |  |
|  |  |  |

Pro-se    /s/ Yaodi Hu                2/8/08
         Attorney's Signature           Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604