**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Yaodi Hu

                Plaintiff,

v.                                            Case No.: 1:07–cv–07203
                                                 Honorable Robert M. Dow Jr.

Village of Maywood, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

    MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 2/20/2008. Plaintiff Hu is given to and including 3/21/08 to file responses to defendants motions to dismiss. Defendants are given until 4/4/08 to file their replies. Ruling on motions to dismiss will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.