IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 CV 7203 |
| | ) Judge Dow |
| VILLAGE OF MAYWOOD, | ) Magistrate Judge Keys |
| ROBINSON TOWING, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Yaodi Hu, 219 West Cermak Road, Chicago, Illinois 60616
Brian M. Funk, Klein, Thorpe and Jenkins, Ltd., Suite 1660, 20 North Wacker Drive, Chicago, IL 60606-2903
**Courtesy Copy:** Judge Dow, Courtroom 1719

**YOU ARE** hereby notified that on the 20th day of February 2008, at 9:15 A..M. or as soon as counsel may be heard, the Defendant, Robinson Towing, Inc, shall appear before the Honorable Judge Dow in Courtroom 1719, or any other judge as may be holding court in his absence, in the court room usually occupied by him in the Federal Courthouse, 219 South Dearborn, Chicago, Illinois 60604 and then and there present the Defendant, Robinson Towing, Inc.'s Motion To Dismiss, a true and correct photocopy of which is attached hereto and served upon you, for an immediate hearing, at which time your may appear if your so see fit.

_____
Jeffrey E. Martin

1

## CERTIFICATE OF SERVICE

On February 20, 2008, I, Jeffrey E. Marek, do hereby certify, as required by LR 5.3, that I served this Notice of Motion, with the above noted motion/petition attached, on the above named, at the above addresses, by placing both in envelopes, properly addressed to the above named at the above address and depositing same in the United States mail at Elmhurst, Illinois with proper postage prepaid on February 20, 2008, before the hour of 4:00 P.M.

_/s/ Jeffrey E. Marek_

JEFFREY E. MAREK
Attorney for Robinson Towing, Inc.
Suite 105
1035 South York Road
Elmhurst, Illinois 60126
630-832-8546
ARDC # 6187370

## CERTIFICATE OF SERVICE

On February 20, 2008, I, Jeffrey E. Marek, do hereby certify, as required by LR 5.3, that I served this Notice of Motion, with the above noted motion/petition attached, on the above named, at the above addresses, by placing both in envelopes, properly addressed to the above named at the above address and depositing same in the United States mail at Elmhurst, Illinois with proper postage prepaid on February 20, 2008, before the hour of 4:00 P.M.

_/s/ Jeffrey E. Marek_

JEFFREY E. MAREK
Attorney for Robinson Towing, Inc.
Suite 105
1035 South York Road
Elmhurst, Illinois 60126
630-832-8546
ARDC # 6187370