## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7203 |
| v. | ) | |
| | ) | Judge Robert M. Dow |
| VILLAGE OF MAYWOOD and | ) | |
| ROBINSON TOWING, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**   Yaodi Hu, Plaintiff           Jeffrey E. Marek
        219 West Cermak               1035 South York Road, Suite 105
        Chicago, Illinois 60616       Elmhurst, Illinois 60126

     **PLEASE TAKE NOTICE** that on April 3, 2008, I caused to be filed with the Clerk of Court for the United States District Court for the Northern Division of Illinois, Eastern Division **Defendant's Motion to Dismiss,** a copy of which is attached hereto and served upon you.

     **PLEASE TAKE FURTHER NOTICE** that on April 15, 2008 at 10:00 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or any judge sitting in his stead, in Courtroom 1719, and then and there present the above-described motion.

                       By:     _/s/ Brian M. Funk_____

Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400
ARDC: 6277501

## <u>CERTIFICATE OF SERVICE</u>

I, Brian M. Funk, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on February 19, 2008, and also served this Notice and the attachment(s) described therein by mailing a copy to the above-named attorneys at their respective addresses and depositing the same in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois, at or before 5:00 p.m. on April 3, 2008.


/s/  Brian M. Funk_____


Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400
ARDC:  6277501