IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Yaodi Hu | ) | |
|     plaintiff | ) | jury demand |
| v. | ) | |
| Village of Maywood | ) | Judge Dow    Magistrate Key |
| Robinson Towing | ) | 07 cv 7203 |

## Response to Maywood's Motion to Dismiss Under Rule 8

1. Village of Maywood complained that Hu did not obtain leave of Court when he filed his First Amended Complaint.  (¶ 6 of April 3, 2008 Motion)

2. The Seventh Circuit in **_La Batt v. Twomey_**, 513 F.2d 641, 650-651 (7th Cir. 1975) held that "In this circuit, a motion to dismiss does not constitute such a responsive pleading. Fuhrer v. Fuhrer, 292 F.2d 140 (7th Cir. 1961); Thomas v. Pate, supra, 493 F.2d at 162. Similarly, the weight of authority indicates that a motion for summary judgment is not a responsive pleading.  Rogers v. Girard Trust co., 159 F.2d 239, 241 (6th Cir. 1947); 3 Moore, Federal Practice, P15.07 (2).  Accordingly, plaintiffs had the right to amend their pleading without leave," _id_ at 651.

3. Plaintiff Hu has the absolute right under the Rule 15 amend his complaint as a matter of course.  **_Anderson v. USAA Cas. Inc. Co._** (2003, DC Dist Col) 218 FRD 307.

4. Defendant Maywood's reliance on **_United States v. Lockheed-Martin Corporation_** 328 F.3d 374 (7th Cir. 2003) is misplaced.   That case, after a lengthy four years, and fourth amended complaint, plaintiff failed to make a single fraud claim specific enough of "the who, what, when, where and how" complying with Rule 9 (b) within its 155 pages of complaint and 99 attachments. The Court was unwilling to navigate through these papers to possibly find a few specific fraud.  Plaintiff's appellate brief does not extract from the pleadings a single instance of a false statement made to obtain payment. Plaintiff simply failed to state a claim.  _id_ at 377.

5. Defendant Maywood complained that a 27 pages Complaint made it too long to be unintelligible. That is sheer absurdity.  Defendant Maywood's Motion is frivolous.

6. Plaintiff Hu respectfully pray this Court denying Maywood's Motion.

Yaodi Hu    3258 S. Paulina Chicago IL 60608    773 216 3173    signature:  yaodi hu