## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7203 | **DATE** | 4/17/2008 |
| **CASE TITLE** | HU vs. VLG. OF MAYWOOD, et al | | |

**DOCKET ENTRY TEXT**

On the court's own motion, Plaintiff's First Amended Complaint [28] is stricken as not being in compliance with Rule 8 of the Fed. R. Civ. P. Plaintiff is given leave to file a new amended complaint on or before 5/8/08. Defendants are given to and including 5/22/08 within which to answer or otherwise plead to amended complaint. Defendants pending motions to dismiss [23] [26] and [29] are stricken as moot.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | TBK |
|---|---|---|