**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Yaodi Hu

                     Plaintiff,

v.                                                Case No.: 1:07–cv–07203
                                                 Honorable Robert M. Dow Jr.

Village of Maywood, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr:Before the Court are Defendant Village of Maywood's motion to dismiss [36] and Defendant Robinson Towing's motion to dismiss [37] and Plaintiff's memoranda in opposition to both motions to dismiss [38, 39]. Defendants are given until 6/23/08 in which to file their reply briefs in support of their motions to dismiss. The Court will rule by mail and the notice of motion date of 6/10/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.