## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7203 |
| | ) | Judge Robert M. Dow, Jr. |
| VILLAGE OF MAYWOOD | ) | |
| and ROBINSON TOWING | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**To:**     Yaodi Hu, Plaintiff         Jeffrey E. Marek
        3258 South Paulina         1035 South York Road, Suite 105
        Chicago, Illinois 60608         Elmhurst, Illinois 60126

    **PLEASE TAKE NOTICE** that on June 23, 2008, the Village of Maywood filed its Reply in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois 60604, a true and correct copy of which is attached and served upon you.

                                        By:    /s/ Brian M. Funk

Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400
ARDC: 6277501

iManage:215451_1

## **CERTIFICATE OF SERVICE**

      I, Brian M. Funk, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on June 23, 2008, and also served this Notice and the attachment(s) described therein by mailing a copy to the above-named attorneys at their respective addresses and depositing the same in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois, at or before 5:00 p.m. on June 24, 2008.

                                                        /s/ Brian M. Funk

Brian M. Funk
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400
ARDC: 6277501